**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

**SYLVIA M. TANNER,**
       *Plaintiff,*

vs.

**HEARTLAND DENTAL, LLC,**
       *Defendant.*

Case No. **14-cv-563-JHP**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of civil Procedure, Plaintiff SYLVIA M. TANNER, hereby stipulates with Defendant, HEARTLAND DENTAL, LLC, that this actin shall be dismissed with prejudice. Each party is to bear its own costs and attorney' fees.

Respectfully submitter,

WAGNER & WAGNER, P.C.

*s/Robert J. Wagner*
———————————————
Robert J. Wagner, OBA 16902
Jon J. Gores, OBA #31068
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118-5038
(405) 521-9499, (Fax) 521-8994
rjw@wagnerfirm.com
jjg@wagnerfirm.com
Attorney for Plaintiff
SYLVIA M. TANNER


HOLDEN & CARR

*s/Jessica L. Craft*
———————————————
Michael L. Carr, OBA #17805
Jessica L. Craft, OBA #31126
First Place
15 East 5th Street, Suite 3900
Tulsa, Oklahoma 74103
MikeCarr@HoldenLitigation.com
JessicaCraft@HoldenLitigation.com
Attorneys for Defendant
HEARLAND DENTAL, LLC